JOHN F. KRATTLI, County Counsel
ROGER H. GRANBO, Assistant County Counsel
EDWIN A. LEWIS, Senior Deputy County Counsel
(SBN 101699) • elewis@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1202 · Fax: (213) 626-2105

Attorneys for Defendants
COUNTY OF LOS ANGELES, SHELOR
YOUNG and OBIDIO ALANIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TERRENCE BUCHANAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, a public entity; DEPUTY SHERIFF ALANIS, a public employee; DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendant. | CASE NO. CV 11-6135 VBF (JCGx)<br><br>[~~PROPOSED~~] JUDGMENT |

　　　　This action came on regularly for trial on January 22, 2013 in Courtroom 22, the Honorable Jay C. Gandhi, United States Magistrate Judge Presiding.  Plaintiff, Terrence Buchanan appeared through his counsel Greg Garrotto; defendants County of Los Angeles, Shelor Young and Deputy Obidio Alanis appeared through their counsel, Edwin A. Lewis, Senior Deputy County Counsel.

　　　　A jury of 8 persons was regularly empaneled and sworn.  Witnesses were sworn and testified.  After hearing the evidence and arguments, the jury was instructed and retired.  The jury deliberated and returned its verdict, finding in favor of Defendants

HOA.953452.1

1 | It appearing by reason of the Jury's verdict that plaintiff will recover nothing
2 | by reason of his complaint and that defendants are the prevailing party in the action,
3 | defendants shall recover allowable costs in the sum of $ __3,752.00__ ,
4 | respectively.

6 | DATED: February 12, 2013

_____
HON. JAY C. GANDHI
Magistrate Judge, United States
District Court for the Central District of California